UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>ARMANDO LOPEZ-GUERRERO,<br><br>             Defendant. | NO. CR-06-2002-LRS<br><br>**ORDER OF DISMISSAL** |

On March 14, 2006, the Defendant moved for dismissal (Ct. Rec. 30) of indictment charging the Defendant with illegal re-entry in violation of 8 U.S.C. § 1326. The Government has no objection to the Defendant's motion. Ct. Rec. 34. The Court has reviewed the Defendant's motion. Given the United States' statement of non-opposition, the Court finds no reason to delay ruling. Accordingly, the Defendant's Motion to Dismiss (Ct. Rec. 30) is **GRANTED**. The Indictment (Ct. Rec. 16) is **DISMISSED** and all scheduled hearings shall be **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal.

**DATED** this ___21st___ day of March, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

ORDER ~ 1